UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

LOIS KIM,

                Plaintiff(s),

                                ORDER OF
                                DISMISSAL
    - against -

MASOOD KHATAMEE,           CV-04-0197 (RJD)(MDG)

                Defendant(s).

- - - - - - - - - - - - - - - - - - - -X

    The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

    ORDERED, that this action is dismissed with prejudice and without costs to any party, but if the settlement agreement is not consummated, leave to re-open will be granted if application for reinstatement is made within sixty days

Dated:    Brooklyn, New York
           January 6, 2006

                                                  s/Raymond J. Dearie
                                                  RAYMOND J. DEARIE
                                                  UNITED STATES DISTRICT JUDGE